IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT KNOXVILLE

**STATE OF TENNESSEE v. KENYON DEMARIO REYNOLDS**

**Criminal Court for Knox County**
**No. 106800B**

_____

**No. E2025-01167-CCA-R3-CD**

_____

**ORDER**

On July 31, 2025, the pro se Appellant filed a notice of appeal seeking an appeal as of right from the trial court's July 22, 2025 order denying a motion for resentencing pursuant to Tennessee Code Annotated section 39-17-432(h).  Recognizing that an appeal as of right does not lie from the challenged order, *see State v. Bobo*, 672 S.W.3d 299 (Tenn. Crim. App. 2023), the Appellant has now filed a petition for a writ of certiorari seeking review of the trial court's order.  Tenn. Code Ann. § 27-8-102(a)(2).  The State has not filed a response in opposition to the Appellant's petition.

The common law writ of certiorari has been codified at Tennessee Code Annotated section 27-8-101, which provides,

> The writ of certiorari may be granted whenever authorized by law, and also in all cases where an inferior tribunal, board, or officer exercising judicial functions has exceeded the jurisdiction conferred, or is acting illegally, when, in the judgment of the court, there is no other plain, speedy, or adequate remedy.

Certiorari lies, in part, "[w]here no appeal is given[.]" Tenn. Code Ann. § 27-8-102(a)(2).

Accordingly, the court will permit the Appellant to proceed via a petition for a writ of certiorari in this matter.  Following the filing of the appellate record and briefing by the parties, the case shall be submitted for adjudication before a panel of this court to determine whether a writ of certiorari should be granted.  *See State v. Lane*, 254 S.W.3d 349, 355 (Tenn. 2008).

JUDGE KYLE A. HIXSON